UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TRENT ROBINSON, on behalf of himself and all
other persons similarly situated,

                      Plaintiff,

-against-

STORROW MANAGEMENT, LLC and
WILLIAM GREEN,

                      Defendants.
----------------------------------------------------------------X

Docket No.: 23-cv-08971
(CLP)

### PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiff TRENT ROBINSON hereby accepts Defendants' Offer of Judgment dated October 18, 2024, attached hereto as Exhibit A.

Dated: Hauppauge, New York
       October 18, 2024

ROMERO LAW GROUP PLLC
*Attorneys for Plaintiff*
490 Wheeler Road, Suite 277
Hauppauge, New York 11788
Tel. (631) 257-5588

By: _____
MATTHEW J. FARNWORTH, ESQ.

1

## CERTIFICATE OF SERVICE

      I, Matthew J. Farnworth, Esq., hereby certify that on this date, October 18, 2024, a true and correct copy of the foregoing *Notice of Acceptance of Offer of Judgment*, dated October 18, 2024, was served via ECF and electronic mail to the following:

Alexandra L. Robins, Esq.
KAUFMAN DOLOWICH LLP
*Attorneys for Defendants*
245 Main Street, Suite 330
White Plains, New York 10601
Tel.: (914) 688-1213

_____
MATTHEW J. FARNWORTH, ESQ.