UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TRENT ROBINSON, on behalf of himself and
all other persons similarly situated,

        Plaintiff,                                        JUDGMENT

v.                                                      23-cv-08971-RER-CLP

STORROW MANAGEMENT, LLC
and WILLIAM GREEN,

        Collective and Class Action Defendants.
---------------------------------------------------------------X

        A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 18, 2024; and Defendants STORROW MANAGEMENT, LLC and WILLIAM GREEN, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff TRENT ROBINSON, in the amount of Six Thousand Five Hundred Dollars and Zero Cents ($6,500.00), which sum is inclusive of any and all costs now accrued, including interest, expenses, and fees, including attorneys' fees; it is

        ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff TRENT ROBINSON and against Defendants, STORROW MANAGEMENT, LLC and WILLIAM GREEN, in the amount of Six Thousand Five Hundred Dollars and Zero Cents ($6,500.00), which sum is inclusive of any and all costs now accrued, including interest, expenses, and fees, including attorneys' fees.

Dated: Brooklyn, New York                                    Brenna B. Mahoney
       October 22, 2024                                        Clerk of Court

                                                          By:    */s/Jalitza Poveda*
                                                                   Deputy Clerk